# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 20, 2013

## NO. 03-12-00692-CV

**North Central Texas Council of Governments, Appellant**

**v.**

**MRSW Management, LLC, Appellee**

## APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD;
## CONCURRING OPINION BY CHIEF JUSTICE JONES
## REVERSED AND RENDERED -- OPINION BY JUSTICE GOODWIN

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's order:

**IT IS THEREFORE** considered, adjudged and ordered that the trial court's order is reversed, and judgment is rendered dismissing MRSW Management, LLC's claims against North Central Texas Council of Governments. It is **FURTHER** ordered that the appellee pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.